**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| In Re: | ) | |
|     Raul Ramirez and Elma Ramirez, | ) | Case No.    18 B 21295 |
| | ) | Hon. Judge A. Benjamin Goldgar |
| | ) | |
| | ) | Chapter 13 |
| | ) | |

TO:    Marilyn Marshall, 224 S. Michigan Ave. Suite 800, Chicago, IL 60604;

See attached service list.

**PROOF OF SERVICE**

    The undersigned, an attorney, certifies that she transmitted a copy of this notice and the attached Amended Chapter 13 Plan to the above-named creditor and also to the attached service list via regular U.S. Mail with postage prepaid from the mailbox located at 20 S. Clark Street, Chicago, IL 60603 on September 12, 2018.


/s/ *Angelica Harb*
Attorney for Debtor

The Semrad Law Firm, LLC
20 South Clark Street
28th Floor
Chicago, IL 60603
(312) 913-0625

| | | |
|---|---|---|
| Label Matrix for local noticing<br>0752-1<br>Case 18-21295<br>Northern District of Illinois<br>Chicago<br>Wed Sep 12 13:43:20 CDT 2018 | U.S. Bankruptcy Court<br>Eastern Division<br>219 S Dearborn<br>7th Floor<br>Chicago, IL 60604-1702 | American InfoSource LP (agent for TMobile)<br>4515 N Santa Fe Ave<br>Attn: Ashley Boswell<br>Oklahoma City, OK 73118-7901 |
| Byline Bank<br>4970 South Archer Ave<br>Chicago, IL 60632-3623 | CRD PRT ASSO<br>13355  NOEL ROAD#<br>DALLAS, TX 75240-6837 | City of Chicago Department of Finance<br>Bureau of Utility Billing and<br>Customer Serv/Chgo Dept. of Law<br>121 N LaSalle St., Ste. 400<br>Chicago, IL 60602-1264 |
| City of Chicago Department of Finance<br>C/o Arnold Scott Harris P.C.<br>111 W. Jackson Blvd. Suite 600<br>Chicago, IL 60604-3517 | City of Chicago Finance Department<br>121 LaSalle Street # RM 107A<br>Administrative Hearings Collections<br>Chicago, IL 60602-1232 | City of Chicago Water Department<br>333 S State, Suite 300<br>Chicago, IL 60604-3982 |
| ComEd<br>1919 Swift Drive<br>Oak Brook, IL 60523-1502 | Commonwealth Edison Company<br>Attn: Bankruptcy Department<br>1919 Swift Drive<br>Oakbrook Terrace, IL 60523-1502 | LVNV Funding, LLC its successors and assigns<br>assignee of Capital One Bank (USA), N.A.<br>Resurgent Capital Services<br>PO Box 10587<br>Greenville, SC 29603-0587 |
| SEARS<br>PO Box 183081<br>Columbus, OH 43218-3081 | SOUTHWEST CREDIT SYSTE<br>5910 W PLANO PKWY STE 10<br>PLANO, TX 75093-2202 | Sears Credit Cards<br>PO BOX 78051<br>Phoenix, AZ 85062-8051 |
| Social Security Admin<br>600 W Madison St<br>Chicago, IL 60661-2474 | T Mobile/T-Mobile USA Inc<br>by American InfoSource as agent<br>4515 N Santa Fe Ave<br>Oklahoma City, OK 73118-7901 | (p)T MOBILE<br>C O AMERICAN INFOSOURCE LP<br>4515 N SANTA FE AVE<br>OKLAHOMA CITY OK 73118-7901 |
| Angelica Harb<br>The Semrad Law Firm, LLC<br>20 S. Clark Street, 28th Floor<br>Chicago, IL 60603-1811 | Elma Ramirez<br>5108 W Fullerton Ave<br>Chicago, IL 60639-2404 | Marilyn O Marshall<br>224 South Michigan Ste 800<br>Chicago, IL 60604-2503 |
| Michael A Miller<br>The Semrad Law Firm, LLC<br>20 S. Clark, 28th Floor<br>Chicago, IL 60603-1811 | Patrick S Layng<br>Office of the U.S. Trustee, Region 11<br>219 S Dearborn St<br>Room 873<br>Chicago, IL 60604-2027 | Raul Ramirez<br>5108 W Fullerton Ave<br>Chicago, IL 60639-2404 |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | | |
|---|---|---|
| T-Mobile<br>P O box 742596<br>Cincinnati, OH 45274 | (d)TMobile<br>P.O. Box 742596<br>Cincinnati, OH 45274 | End of Label Matrix<br>Mailable recipients    23<br>Bypassed recipients     0<br>Total                  23 |