Form G-4

# REQUIRED STATEMENT
## TO ACCOMPANY MOTIONS FOR RELIEF FROM STAY

All Cases: Debtor(s) __Raul Ramirez and Elma Ramirez__ Case No. __18-21295__ Chapter __13__

All Cases: Moving Creditor __Byline Bank__ Date Case Filed __07/30/2018__

Nature of Relief Sought: ☐ Lift Stay     ☐ Annul Stay    ☑ Other (describe) __Modify Stay__

Chapter 13: Date of Confirmation Hearing __09/18/2018__ or Date Plan Confirmed _____

Chapter 7: ☐ No-Asset Report Filed on _____
☐ No-Asset Report not Filed, Date of Creditors Meeting _____

1. Collateral
   a. ☑ Home
   b. ☐ Car   Year, Make, and Model _____
   c. ☑ Other (describe) __Assignment of Rents__

2. Balance Owed as of Petition Date $ __130,365.88__
   Total of all other Liens against Collateral $ __0.00__

3. In chapter 13 cases, if a post-petition default is asserted in the motion, attach a payment history listing the amounts and dates of all payments received from the debtor(s) post-petition.

4. Estimated Value of Collateral (must be supplied in *all* cases) $ __270,000.00__

5. Default
   a. ☑ Pre-Petition Default
      Number of months __16__    Amount $ __130,365.88__
   b. ☐ Post-Petition Default
      i. ☐ On direct payments to the moving creditor
         Number of months ____    Amount $ ____
      ii. ☐ On payments to the Standing Chapter 13 Trustee
         Number of months ____    Amount $ ____

6. Other Allegations
   a. ☑ Lack of Adequate Protection § 362(d)(1)
      i. ☑ No insurance
      ii. ☐ Taxes unpaid    Amount $ ____
      iii. ☐ Rapidly depreciating asset
      iv. ☑ Other (describe) __No tax payments; No interest; Fails to adequately service debt__
   b. ☐ No Equity and not Necessary for an Effective Reorganization § 362(d)(2)
   c. ☐ Other "Cause" § 362(d)(1)
      i. ☐ Bad Faith (describe) _____
      ii. ☐ Multiple Filings
      iii. ☐ Other (describe) _____
   d. Debtor's Statement of Intention regarding the Collateral
      i. ☐ Reaffirm   ii. ☐ Redeem   iii. ☐ Surrender   iv. ☑ No Statement of Intention Filed

Date: __09/17/2018__                    __/s/ Teresa A. Minnich__
                                                      Counsel for Movant

(Rev. 12/21/09)