Form G5 (20170105_bko)

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

| | | |
|---|---|---|
| In Re:<br>Raul Ramirez and Elma Ramirez<br><br>Debtor(s) | )<br>)<br>)<br>)<br>)<br>)<br>) | BK No.:   18-21295<br><br>Chapter: 13<br><br>Honorable A. Benjamin Goldgar |

## ORDER GRANTING MOTION TO MODIFY STAY

This matter coming before the Court on Byline Bank's Motion for An Order Modifying the Automatic Stay, due notice having been given, and the Court being apprised of the premises:

IT IS HEREBY ORDERED, Byline is granted relief from the automatic stay, to permit Byline to exercise its rights and remedies under applicable non-bankruptcy law, against the Collateral securing the Debtor's obligation, including real property located at 5108 W. Fullerton, Chicago, IL and all rents from that property.

Enter:

Honorable A. Benjamin Goldgar
United States Bankruptcy Judge

Dated:

**Prepared by:**
Teresa A. Minnich (6299526)
Robbins Salomon & Patt, Ltd.
180 N. LaSalle St., Ste. 3300
Chicago, IL 60601
T: (312) 782-9000
E: tminnich@rsplaw.com