## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

IN RE:                                      )
                                            )
**RAUL RAMIREZ AND ELMA RAMIREZ**    )    **Chapter 13**
                                            )    **Case No. 18-21295**
                                            )    **Honorable A. Benjamin Goldgar**

## NOTICE OF MOTION

To:      See the Attached Service List

**PLEASE TAKE NOTICE** that on October 23, 2018, at 9:30 a.m., I will appear before the Honorable Judge A. Benjamin Goldgar, or any judge sitting in his stead, in **Courtroom 642** in the Dirksen United States Courthouse, 219 South Dearborn Street, Chicago, Illinois, and shall present ***BYLINE BANK'S MOTION FOR AN ORDER FOR RELIEF FROM THE AUTOMATIC STAY*** , a copy of which is attached*.*

**BYLINE BANK**

By:    /s/ *Teresa A. Minnich*
       One of Its attorneys

Teresa A. Minnich (#6299526)
ROBBINS, SALOMON & PATT, LTD.
180 N. LaSalle Street, Suite 3300
Chicago, Illinois  60601
(312) 782-9000
tminnich@rsplaw.com

## CERTIFICATE OF SERVICE

I, Teresa A. Minnich, certify under penalty of perjury under the laws of the United States of America that I served, or caused to be served, a copy of this notice and the attached motion on each entity shown at the address on the Service List by the Northern District of Illinois' ECF system on September 17, 2018 and via e-mail on September 18, 2018.

/s/ *Teresa A. Minnich*

NOM (12285.104)                                    1

## SERVICE LIST

*U.S. Trustee*                                    *Via ECF and Email*

Patrick S. Layng
Office of the U.S. Trustee, Region 11
219 S. Dearborn Street
Room 873
Chicago, Illinois 60604
USTPRegion11.ES.ECF@usdoj.gov

*Trustee*                                    *Via ECF and Email*

Marilyn O. Marshall
224 S. Michigan
Suite 800
Chicago, IL 60604
courtdocs@chi13.com

*Attorneys for Raul Ramirez and Elma Ramirez*        *Via ECF and Email*

Angelica Harb
The Semrad Law Firm, LLC
20 S. Clark Street
28th Floor
Chicago, IL 60603
aharb@semradlaw.com  AND

Michael A. Miller
The Semrad Law Firm, LLC
20 S. Clark Street
28th Floor
Chicago, IL 60603
mmiller@semradlaw.com